UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEHARCHAND N. OAD,<br><br>                       Plaintiff,<br><br>               -against-<br><br>OFFICE OF FEDERAL STUDENT AID – U.S. DEPARTMENT OF EDUCATION,<br><br>                      Defendant. | 23-CV-1454 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated February 23, 2023, the Court denied Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of filing fees, and directed Plaintiff, within thirty days, to pay the $402.00 in fees required to bring an action in this court. That order specified that failure to comply would result in dismissal of the action. Plaintiff has not paid the fees. Accordingly, the action is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated:    April 11, 2023
             New York, New York

                                                        /s/ Laura Taylor Swain
                                                           LAURA TAYLOR SWAIN
                                                  Chief United States District Judge