UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEHARCHAND N. OAD,<br><br>                    Plaintiff,<br><br>-against-<br><br>OFFICE OF FEDERAL STUDENT AID –<br>U.S. DEPARTMENT OF EDUCATION,<br><br>                    Defendant. | 23-CV-1454 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the April 11, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  April 11, 2023
          New York, New York

                                        /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      Chief United States District Judge